# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAYFUN TAN, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTGHQ, <br> JANE DOE a/k/a "JUDITH KSINKY," <br> JOHN DOES 1-10, <br> BINANCE HOLDINGS LTD. d/b/a <br> BINANCE.COM, <br> DAPPS PLATFORM, INC. <br> d/b/a TRUST WALLET, <br> TETHER LIMITED, <br> TETHER OPERATIONS LIMITED, and <br> CIRCLE INTERNET FINANCIAL, LLC, <br><br> Defendants. | Case No.: 24-cv-5189 <br><br> Hon. John F. Kness <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF TAYFUN TAN

I, Tayfun Tan, declare as follows:

1. I am over 18 years old, of sound mind, and make this Declaration based on my personal knowledge.

2. I am the Plaintiff in this case.

3. On December 4, 2023, I was contacted by an individual purporting to be "Judith Ksinky," ("Ksinky") on the online dating platform EliteSingles.com.

4. Ksinky provided multiple pictures of "herself" so that she would appear to be a legitimate member of the EliteSingles.com dating platform.

1

5. After some initial discussion through the dating platform, Ksinky suggested that we transfer our communications to WhatsApp, where she used a profile associated with telephone number 917-924-2596. I agreed, and we continued communicating through WhatsApp.

6. During our conversation on WhatsApp, Ms. Ksinky told me that she works for Goldman Sachs and was a successful cryptocurrency investor. This story appeared to be corroborated by a LinkedIn profile purporting to belong to Ms. Ksinky, which showed that she was an employee of Goldman Sachs. Ms. Ksinky persuaded me to create an account at Kraken, a cryptocurrency exchange platform, which I did on December 7, 2023. My initial deposit to Kraken was $100 on December 8, 2023, followed by an additional $1,900 on December 11, 2023.

7. Ms. Ksinky told me I needed to download Trust Wallet to trade cryptocurrency and sent me a link to "**https://www.trustghq.com**" Ms. Ksinky said "*You can download it by clicking on the link I sent you, or you can go to your app store and search for Trust Wallet to download and sign up*". On December 11, 2023, I downloaded the app using the link she sent me. A screenshot showing the app is included as APPENDIX A.

8. Ms. Ksinky walked me through how to send my initial $2,000 from Kraken to the Trust Wallet. She sent me step by step screen shots.

9. Ms. Kisnky asked me to purchase ETH. I purchased 0.88 ETH. Then she asked me to click on the BROWSER button on the "Trust Wallet" I downloaded. See APPENDIX A.

10. When I clicked that Browser button on the "Trust Wallet", a website called "Trust Trading" and the associated URL, https://www.Trustghq.com, appear. See APPENDIX B. Ms. Ksinky then asked me to click Trust Trading, trustghq.com. I did, leading me to the screen depicted in APPENDIX C.

2

11. Ms. Ksinky then asked me to contact to Trust Trading's "customer service" and tell them that I wanted to deposit ETH. I did, and "customer service" then sent me a wallet address I should use to deposit my ETH. I sent my first 0.88 ETH to that address. Please see APPENDIX D.

12. I followed these instructions and transferred ETH to the specified wallet address on ten different occasions from December 11, 2023, through February 26, 2024. The transfers ranged in value from 0.8853 ETH to 19.5866 ETH, and ultimately totaled 112.8207 ETH:

| Date | Amount (ETH) |
|---|---|
| December 11, 2023 | 0.8853 |
| December 15, 2023 | 4.3639 |
| December 19, 2023 | 3.1454 |
| December 28, 2023 | 12.3395 |
| January 10, 2024 | 15.3896 |
| January 12, 2024 | 19.5866 |
| January 16, 2024 | 13.3884 |
| January 25, 2024 | 17.6900 |
| February 13, 2024 | 14.9980 |
| February 26, 2024 | 11.0340 |
|  |  |

Screenshots of these transactions are included collectively as APPENDIX E



FUNDS FLOW

Victim's CITIBANK Checking Account → Victim's KRAKEN ACCOUNT → Victim's TRUST WALLET ACCOUNT → FRAUDSTER'S TRUST WALLET ACCOUNT → FRAUDSTERS SENT THE FUNDS TOO MANY DIFFERENT WALLET ADDRESSES AND EXCHANGES TO HIDE THEIR TRACKS

0xc7F1f4272832B33aBBDe43Bd3E780352dA8C7a9C

All ten transactions have the same route and wallet address.

3

13. All ten transactions between December 2023 and February 2024 totaling in the amount of 112.82 ETH were done in the same way. All my funds were sent to the **same address**: "0xc7F1f4272832B33aBBDe43Bd3E780352dA8C7a9C"

14. Throughout this time period, Ms. Ksinky would frequently contact me saying something to the effect of "there is a good trend tonight, lets trade." I would follow her instruction buy or sell ETH using the browser button on my Trust Wallet.

15. My account on TrustGHQ.com showed a corresponding increase in balance after each transfer was made, increasing the false appearance that it was a legitimate cryptocurrency exchange. My account also continued to increase with purported profits throughout this time, as Ksinky led me through a series of trades on the platform. The purported balance of my TrustGHQ.com account gradually increased, to the point the apparent value of my investment reached **$1,074,963.** SA screenshot from my purported TrustGHQ.com account is included as APPENDIX F

16. I successfully made two (2) small test withdrawals of ETH, for a total of 0.83 ETH: (1) 0.3989 ETH on January 14, 2024; and (2) 0.4311 ETH on February 5, 2024. However, when I subsequently sought to make a more significant withdrawal of 5.8756 ETH (~$15,000) on February 7th, 2024, from my TrustGHQ account, the transaction failed. I was then advised by TRUSTGHQ that I would need to contribute an additional sum equivalent to 20% of my portfolio value before my funds could be accessed. A screenshot of this message from TRUSTGHQ is included as. APPENDIX G. At that point I still did not realize that I was being scammed, and I sent my last 11.03 ETH on February 26.

17. Shortly thereafter I started researching scam types and read about 'pig butchering." I had no idea such scam existed, but instantly recognized the parallels with my own interactions

4

with Ms. Ksinky and TRUSTGHQ. I immediately contacted to the FBI, U.S. Secret Service, District Attorney Office, and the Federal Trade Commission.

18. Around the same time, I hired John Powers to help me try to identify the perpetrators and recoup my losses. I provided Mr. Powers with copies of my WhatsApp communication with the fraudster along with documents showing these ETH transactions.

19. I confronted the fraudster and told her/him/they that I knew what happened and asked for my funds back. The next day, the browser button on my Trust Wallet disappeared.

20. I subsequently contacted Circle and Tether, based on Mr. Powers' discovery that the scammers had purchased the cryptocurrencies created by them, USDC and USDT. I was told by both that I need a court order to freeze certain wallets and/or tokens to prevent the fraudsters from using or moving them.

FURTHER DECLARANT SAYETH NOT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2024

*[Signature]*

**APPENDIX A:**

**TRUST WALLET SCREENSHOT DOWNLOADED VIA SCAMMER'S LINK on December 11th**



**APPENDIX B:**



7

**APPENDIX C:**





Trustghq.com Customer Service Button

8

**APPENDIX D:**

**TRUSTGHQ Customer service asking me to send my ETH to their wallet**



9

## APPENDIX E.






**APPENDIX F:**



11

**APPENDIX G:**



12

**APPENDIX H:**

**Tayfun Tan's CITIBANK Checking Account wires transfers to KRAKEN**



13